fore served, within five days from the service of a copy of the order to be entered hereon, with notice of entry upon the attorneys for the plaintiffs. As so modified, the order appealed from should be affirmed, without costs.

---

SLADE et al. v. BENNETT et al. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Appeal from Special Term, New York County. Action by Howard Slade and another against Elbert A. Bennett and another. From an order granting the motion of defendant Bennett, and striking out parts of the supplemental complaint as irrelevant, plaintiffs appeal. Modified and affirmed. See, also, 132 App. Div. 927, 117 N. Y. Supp. 1147, and 133 App. Div. 666, 118 N. Y. Supp. 278. Charles L. Craig, for appellants. Joseph M. Hartfield, for respondent.

PER CURIAM. The order should be modified, by providing that paragraphs 1 to 21, both inclusive, paragraphs 24 to 31, both inclusive, and paragraphs 34 to 51, both inclusive, of the supplemental complaint, be stricken out as irrelevant; and the order should be further modified, so as to provide that the plaintiffs may serve upon the defendant a supplemental complaint, containing paragraphs 22, 23, 32, 33, 52, and 53 of the amended complaint heretofore served, within five days from service of a copy of the order to be entered hereon, with notice of entry upon the attorneys for the plaintiffs. As so modified, the order appealed from should be affirmed, without costs.

---

SLAVIN, Respondent, v. McGUIRE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by James S. Slavin against John G. McGuire and others, as Municipal Civil Service Commissioners, etc. No opinion. Appeal withdrawn in open court.

---

SMITH v. KIELEY et al. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Mary C. Smith against Timothy F. Kieley and others. No opinion. Judgment and order of the County Court of Queens County affirmed, with costs.

---

SMITH, Respondent, v. STOKES et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by De Witt Smith against Thomas W. Stokes and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 133 App. Div. 926, 117 N. Y. Supp. 1147.

---

SMYTH v. LICHTENSTEIN (two cases). (Supreme Court, Appellate Division, First Department. March 18, 1910.) Actions by Marguerite Smyth, an infant, etc., against Isaac Lichtenstein. No opinions. Motions granted. Orders filed. See, also, 122 N. Y. Supp. 74.

In re SOUTH SHORE TRACTION C[ ] (Supreme Court, Appellate Division, Second D[ ] partment. April 22, 1910.) In the matter [ ] the application of the South Shore Tractio[ ] Company for the appointment of three com[ ] missioners to determine whether that portio[ ] of its proposed railroad located upon Hoffma[ ] Boulevard, Borough of Queens, City of Ne[ ] York, ought to be constructed. No opinio[ ] Motion granted, and the following are appoin[ ] ed commissioners: Paul Grout, Esq., Morr[ ] U. Ely, Esq., and Bert L. Rich, Esq.

---

SPEILISSY, Respondent, v. VEXLER et a[ ] Appellants. (Supreme Court, Appellate Div[ ] sion, First Department. April 8, 1910.) A[ ] tion by Dennis A. Speilissy, as receiver, again[ ] Abraham, Vexler and others. C. A. Rosentha[ ] for appellants. L. Dashew, for responden[ ] No opinion. Order affirmed, with $10 cos[ ] and disbursements. Order filed.

---

SPIERS, Appellant, v. POKRESS et al., R[ ] spondents. (Supreme Court, Appellate Div[ ] sion, First Department. April 8, 1910.) A[ ] tion by Charles H. Spiers against Morris P[ ] kress and others. R. L. Weaver, for appellan[ ] S. P. Friedman, for respondents. No opinio[ ] Order affirmed, with $10 costs and disburs[ ] ments. Order filed.

---

SPIRO, Appellant, v. RUBENSTEIN et a[ ] Respondents. (Supreme Court, Appellate D[ ] vision, Second Department. April 22, 1910[ ] Action by Nathaniel Spiro against Isido[ ] Rubenstein and Max Wapnik, copartners, et[ ] No opinion. Order of the Municipal Cou[ ] affirmed, with $10 costs and disbursements.

---

STAIGER, Respondent, v. KLITZ et al., A[ ] pellants. (Supreme Court, Appellate Divisio[ ] Second Department. April 22, 1910.) Actio[ ] by Christopher Staiger against Robert H. Kli[ ] and another. No opinion. Motion for leav[ ] to appeal to the Court of Appeals denied. Se[ ] also, 122 N. Y. Supp. 107.

---

STATE, Respondent, v. COURTNEY, A[ ] pellant. (Supreme Court, Appellate Divisio[ ] Third Department. May 4, 1910.) Action b[ ] the State of New York against William N[ ] Courtney. No opinion. Order affirmed, wit[ ] costs.

---

STATE BOARD OF PHARMACY, Respon[ ] ent, v. BALZHISER, Appellant. (Suprem[ ] Court, Appellate Division, Second Departmen[ ] April 22, 1910.) Action by the State Boar[ ] of Pharmacy against Harry Balzhiser. N[ ] opinion. Judgment of the Municipal Court a[ ] firmed, with costs.

---

STEEN, Respondent, v. LANDSNESS, A[ ] pellant. (Supreme Court, Appellate Divisio[ ] Second Department. April 22, 1910.) Actio[ ]